# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145897 & (64)(65)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

DANIEL ARMIJO,
　　　　Defendant-Appellee.

SC: 145897
COA: 308361
Macomb CC: 2007-001398-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2012

_____
Clerk

s0927